UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23-cv-10581-JLS-RAO            Date: February 13, 2024
Title:  Marina Galstian v. ASI Select Insurance Corp. et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:** **(IN CHAMBERS)  ORDER (1) DENYING PLAINTIFF'S MOTION TO REMAND TO STATE COURT (Doc. 15), AND (2) STRIKING DEFENDANT'S SUR-REPLY (Doc. 20)**

     Before the Court is Plaintiff Marina Galstian's motion to remand this action to state court.  (Mot., Doc. 15.)  The Court finds this matter appropriate for decision without oral argument, and the hearing set for February 16, 2024, at 10:30 a.m. is VACATED.  Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.

     In her motion to remand, Plaintiff argued that the amount in controversy does not exceed $75,000.  (Mot., Doc. 15 at 5–7.)  In its opposition, Defendant noted that a letter from Plaintiff's public adjustor shows that Plaintiff seeks to recover over $100,000 in compensatory damages.  (Opp., Doc. 18 at 9; Amended NOR, Doc. 12 at 3; Public Adjustor Letter, Doc. 12-1, Ex. 1.)  Then in her reply, Plaintiff "accept[ed]" Defendant's amount-in-controversy estimate, conceding that her motion fails.  (Reply, Doc. 19 at 1–2.)  Therefore, the Court DENIES Plaintiff's motion (Doc. 15).  The Court also STRIKES Defendant's unauthorized sur-reply (Doc. 20).  *See* C.D. Cal. R. 7-10 ("Absent prior written order of the Court, the opposing party shall not file a response to the reply.").

                                                          Initials of Deputy Clerk: gga